UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**RICKY L. FINES (1),** )<br>**LEROY F. MILLER (2),** )<br>)<br>**Defendants.** ) | Criminal No. 3:04cr00138 AS |

**MEMORANDUM AND ORDER**

In the event it is necessary to try this case, such will commence at **9:30 a.m. (Eastern time) , Tuesday June 20, 2006.** All counsel and these defendants should be prepared to go forward at that time.

**IT IS SO ORDERED.**
**DATED: May 18, 2006**                         S/ ALLEN SHARP
                                                 ALLEN SHARP, JUDGE
                                                 UNITED STATES DISTRICT COURT