UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:04-CR-138(02) RM |
| | ) | |
| LEROY F. MILLER | ) | |

ORDER

The parties' joint motion to approve the disposition [ Doc. No. 168] of defendant Leroy F. Miller's firearms and ammunition is GRANTED, and the April 5, 2010 status conference is VACATED.

SO ORDERED.

ENTERED:   April 5, 2010

/s/ Robert L. Miller, Jr.
Judge
United States District Court