AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| Leroy F Miller | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:09cv505 a/f 3:04cr138 |
| United States of America | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❒ other: _____ .

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge   Robert L Miller Jr   on a motion for   vacate.
The court denies Mr Millers 2255 motion to vacate.
.

Date:   Apr 13, 2010                                                                 *CLERK OF COURT*

                                                                                           s/kschwenk

                                                                                   *Signature of Clerk or Deputy Clerk*